UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:19-CR-20726-PDB-RSW |
| v. ) | |
| ) | Hon. Paul D. Borman |
| EDWARD N. ROBINSON, ) | |
| ) | |
| Defendant. ) | |

**ENTRY OF APPEARANCE**

COMES NOW James G. Martin of Dowd Bennett LLP and hereby enters his appearance on behalf of Defendant Edward N. Robinson.

Dated:  February 21, 2020              Respectfully submitted,

DOWD BENNETT LLP

By: /s/ *James G. Martin*
   James G. Martin
   7733 Forsyth Blvd., Suite 1900
   St. Louis, Missouri 63105
   314/889-7300 (phone)
   314/863-2111 (facsimile)
   jmartin@dowdbennett.com

*Attorneys for Defendant Edward N. Robinson*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed on this 21st day of February, 2020 using the CM/ECF system which served a copy on all counsel of record.

/s/ *James G. Martin*