UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                            Case No.  19-cr-20726

v.                                            District Judge Paul D. Borman

EDWARD N. ROBINSON,

        Defendant.
_____/

**ORDER DENYING DEFENDANT'S MOTION TO DELAY VOLUNTARY SURRENDER DATE (ECF NO. 74)**

On June 15, 2021, Defendant Edward N. Robinson filed a Motion to Delay Voluntary Surrender Date--August 1, 2021.

Defendant's Motion did not reveal that he is to surrender to the Bureau of Prisons Federal Medical Center, Lexington, Kentucky.

Defendant seeks to delay his report date for potential medical procedures regarding his back and hip discomfort that will "certainly go beyond August 1, 2021." (ECF No. 74, at PageID 556.)

Defendant was convicted of two conspiracy counts: (1) Conspiracy to Embezzle Union Funds, and (2) Conspiracy to Defraud the United States.

Defendant's Advisory Guideline Range was 30-37 months. The Court departed down significantly under Sentencing Guideline 5H1.4--his physical condition--and imposed a 12-month sentence. Defendant will receive a further

1

reduction, from the Bureau of Prisons, of 53 days off his 12-month sentence; he will serve, at most, up to a little more than 10 months.

Defendant's conduct was sophisticated fraud, involving $300,000.00 in UAW funds; fraudulent, unsubstantiated/unauthorized checks for personal gain. In addition, he failed to pay at least $42,000.00 in Federal taxes. (PSR p. 7, ¶¶ 11-14.)

Paragraphs 81 and 82 of the Presentence Report state:

> 81. The offense is serious in nature and sentencing in this matter will reflect that. The defendant abused his position with the UAW for his personal gain. The defendant utilized union funds to engage in a lavish lifestyle. He not only conspired to embezzle money from the UAW, he conspired to defraud the United States. A just punishment in this matter will also promote respect for the law.
>
> 82. Sentencing in this matter will ideally afford adequate deterrence to criminal conduct; especially if it involves a custodial sentence. The UAW has been plagued with corruption and greed. A custodial sentence will aim to deter individuals from taking advantage of their positions of power.

The Court concludes that Defendant Robinson should serve his minimal sentence, and now. His designation to the Federal Medical Center will assure that his medical needs are attended to.

2

Accordingly, the Court DENIES Defendant Edward N. Robinson's Motion to Delay Voluntary Surrender Set For August 1, 2021.

SO ORDERED.

DATED:   June 28, 2021            s/Paul D. Borman
                                  PAUL D. BORMAN
                                  UNITED STATES DISTRICT JUDGE