UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,         Case No. 19-cr-20726 01

v.         Hon. Paul D. Borman

EDWARD N. ROBINSON,

        Defendant.

_____/

**STIPULATED ORDER PROVIDING
FOR RESTITUTION PAYMENTS**

Judgment in a Criminal Case ("Judgment") was entered against the Defendant, Edward N. Robinson ("Defendant" or "Robinson"), on January 28, 2021 (ECF No. 60). He was sentenced to 12 months imprisonment; 12 months for one count of conspiracy to embezzle union funds and 12 months for one count of conspiracy to defraud the United States, to be served concurrently.

The Judgment included an order for payment of criminal monetary penalties: restitution payable to the UAW Union in the amount of $300,000.00, jointly and severally with another co-defendant, ECF No. 60, PageID.424; restitution payable to the Internal Revenue Service (IRS) in the amount of $42,000.00; and, $200 in special assessments, for a total of $342,200.00. *Id.* at PageID.423. The Judgment

1

provided that the criminal monetary penalties were due and payable immediately. *Id.* at PageID.424.

Nothing in this stipulated payment order ("Order") provides for payment(s) to the IRS, or precludes the IRS from commencing actions to collect sums due to the IRS, independently. The Order does not preclude the collection of unpaid restitution owed to the IRS upon payment in full of the restitution owed to the UAW Union ("the Union debt").

According to records maintained by the Financial Litigation Unit of the U.S. Attorney's Office (FLU), Robinson owes the entire $342,200.00 as of July 8, 2021. Through counsel he has, however, been actively negotiating the terms of this Order applicable to the restitution owed to the UAW Union ("the Union debt").

The Defendant, preferring to be subject to predictable payments, the Financial Litigation Unit of the U.S. Attorney's Office on behalf of the United States finding the terms of payment on the Union debt acceptable, and the Court being otherwise fully advised in the premises and finding the terms as specified below acceptable, now, therefore:

**IT IS HEREBY STIPULATED AND AGREED** that commencing on or before August 1, 2021 and on the first day of each month thereafter while the Defendant is incarcerated or in a halfway house, he shall remit monthly payments

of $500.00 to the Clerk of the Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette, 5th Floor, Detroit, MI 48226 Attn: Financial.

**IT IS FURTHER STIPULATED AND AGREED** that commencing on the first day of the first month following the Defendant's release from prison or a halfway house, and on the first day of each month thereafter, he shall remit monthly payments of $1,200.00 to the Clerk of the Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette, 5th Floor, Detroit, MI 48226, Attn: Financial, until the Union debt is paid in full, until further order of the Court, or until the liability to pay the Union debt terminates under 18 U.S.C. §3613(b).

**IT IS FURTHER STIPULATED AND AGREED** that Waddell and Reed or another designated custodian, e.g., the Fiduciary Trust Co. of NH, shall liquidate the IRA held for the benefit of Edward "Nick" Robinson, account number ending in -0096 with a reported value of $53,216.91 as of July 6, 2021, and remit the account proceeds, net of 20% and 6% withheld for Federal and Missouri State taxes for an estimated total of $39,380.53 as of July 6, 2021, to the Clerk of the Court at the above address.

**IT IS FURTHER STIPULATED AND AGREED** that as long as the Defendant makes the payments under this Order when due, and they are received by the Clerk of the Court within 7 days of the due date–i.e., the Defendant is not in default–the FLU shall not take action to enforce payment

of the Union debt, or the IRS debt, except as to: assets not disclosed to the FLU on or before February 26, 2021 in the Financial Statement with attachments attested to by the Defendant as of that date and submitted to the FLU, and assets acquired by the Defendant after February 26, 2021 not immediately disclosed to the FLU; or, if the financial disclosures required below if otherwise issued in accordance with this Order are not received by the FLU within 30 days of being sent to the Defendant, absent an agreed upon extension.

**IT IS FURTHER STIPULATED AND AGREED** that upon request, but not more often than once every 6 months, the Defendant shall complete and submit financial disclosures to the FLU under penalty of perjury using forms, schedules and attachments prescribed by the FLU.

**IT IS FURTHER STIPULATED AND AGREED** that the Clerk of the Court shall disburse payments under this Order to the UAW Union in accordance with it and the provisions in case number 19-CR-20726 01.

**IT IS FURTHER STIPULATED AND AGREED** that all payments made by Robinson under this Order will be applied by the Clerk of the Court to reduce the non-Federal Union debt first; and that upon payment of the Union debt in full nothing herein shall preclude the FLU from collecting any outstanding restitution owed to the IRS.

**IT IS FURTHER STIPULATED AND AGREED** that any offsets pursuant to the U.S. Treasury Offset Program and any garnishments directed at the State of Missouri for payments due to the Defendant shall be unaffected by this Order.

**IT IS SO ORDERED.**

                                                s/Paul D. Borman
                                                HON. PAUL D. BORMAN
                                                United States District Judge

Dated: July 13, 2021

Approved for entry:

| | |
|---|---|
| SAIMA S. MOHSIN<br>Acting United States Attorney | DOWD BENNETT LLP |
| /s/ T.N. Ziedas<br>T.N. ZIEDAS (P34653)<br>Assistant U.S. Attorney<br>211 W. Fort St., Ste. 2001<br>Detroit, MI 48226<br>(313) 226-9573<br>peter.ziedas@usdoj.gov | /s/ James G. Martin (by electronic consent)<br>JAMES G. MARTIN<br>Attorney for Edward N. Robinson<br>7733 Forsyth Blvd. Suite 1900<br>St. Louis, MO 63105<br>(314) 889-7324<br>jmartin@dowdbennett.com |
| Dated: July 12, 2021 | Dated: July 12, 2021 |

*(Stipulated Order Providing for Restitution Payments; U.S. v. Edward N. Robinson; Case No. 19-cr-20726 01)*