| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 0645 2:19CR20726 |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* 4:22-cr-00512-MTS |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Edward N Robinson | Eastern District of Michigan | Detroit |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Paul D. Borman | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 06/01/2022 — TO 05/31/2023 |

**OFFENSE**
Count 1: 18 U.S.C. §371. - Conspiracy to Embezzle Union Funds
Count 2: 18 U.S.C. §371. - Conspiracy To Defraud the United States

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **EASTERN** DISTRICT OF **MICHIGAN**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Eastern District of Missouri** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 8/12/2022 | s/Paul D. Borman |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| September 20, 2022 | John A. Ross |
|---|---|
| *Effective Date* | *United States District Judge* |